# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN DOUGLAS GEBHART,** | : | CIVIL ACTION NO. 1:06-CV-1754 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **JOHN V. VAUGHN, II, and CURTIS A. WHITMOYER,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 24th day of April, 2017, upon consideration of the motion (Doc. 92) "for quash" and "for dismissal; *nunc pro tunc* for judicial estoppel," filed April 19, 2017 by *pro se* plaintiff Steven Douglas Gebhart ("Gebhart"), and the court observing that said motion is filed by Gebhart in only partial form, consisting of two incomplete and largely unintelligible pages, but that the motion plainly concerns not the matter *sub judice* but separate and unrelated actions involving Gebhart in the state courts, and the court finding that it is without jurisdiction to entertain Gebhart's motion in the above-captioned civil rights matter, wherein the court entered judgment (Doc. 80) in favor of defendants and against Gebhart on January 5, 2009, and it is hereby ORDERED that Gebhart's motion (Doc. 92) is DENIED.

                                       /S/ CHRISTOPHER C. CONNER
                                       Christopher C. Conner, Chief Judge
                                       United States District Court
                                       Middle District of Pennsylvania